# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, | Case No.: 2:19-cv-09990-PA-JCx |
| Plaintiff, | **ORDER DISMISSAL WITH PREJUDICE** |
| v. | |
| BELLFLOWER FIRST PLAZA LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendant. | |

[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Bellflower First Plaza LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 04, 2020

_____
UNITED STATES DISTRICT JUDGE